JUANITA HARMON, Appellant, *v.* THE
STATE OF NEVADA, Respondent.

No. 9945

November 16, 1977                                    571 P.2d 108

*Morgan D. Harris,* Public Defender, and *Kirk B. Lenhard,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *H. Leon Simon,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Convicted by jury verdict of robbery (NRS 200.380), Juanita

Harmon claims there is insufficient evidence to support the verdict. We disagree.

The record indicates, *inter alia,* that (1) Harmon was identified by the victim as the perpetrator of the robbery, and (2) in statements to police officers, Harmon indicated she had committed the crime. In light of these facts, we conclude there is substantial evidence to support the verdict and, thus, it will not be disturbed on appeal. Watkins v. State, 93 Nev. 100, 560 P.2d 921 (1977); Nix v. State, 91 Nev. 613, 541 P.2d 1 (1975), and cases cited therein.

Affirmed.